No. 03-6556

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

MITCHELL D. OSBORNE, )
    Petitioner-Appellant, )
)
v. ) O R D E R
)
UNITED STATES OF AMERICA, )
    Respondent-Appellee. )
)

FILED
2004 DEC -6 A 10: 09
U.S. DISTRICT COURT
EASTERN DIST. TENN.
BY_____DEPT. CLERK

FILED
DEC - 2 2004
LEONARD GREEN, Clerk

Before: SILER, SUTTON, and FARRIS,* Circuit Judges.

Mitchell D. Osborne petitions the court to rehear its September 13, 2004, order that denied him a certificate of appealability in this appeal taken from a district court judgment that denied his motion to vacate sentence filed under 28 U.S.C. § 2255.

Upon consideration, we conclude that Osborne has not shown a misapprehension of law or fact that warrants a rehearing. *See* Fed. R. App. P. 40(a). Accordingly, the petition for a rehearing is denied.

ENTERED BY ORDER OF THE COURT

/s/ Leonard Green
Clerk

A TRUE COPY
Attest:
LEONARD GREEN, Clerk
By _____
Deputy Clerk

---

*The Honorable Jerome Farris, United States Circuit Judge for the Ninth Circuit, sitting by designation.